MHN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Mary Egan

v.

Dept. of Treasury

**08CV1956
JUDGE ASPEN
MAG. JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mary Egan

FILED
APR - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SIGNATURE | [signature] |
| FIRM | Michael J. Greco, Attorney at Law |
| STREET ADDRESS | 70 W. Hubbard St., Suite 302 |
| CITY/STATE/ZIP | Chicago, IL 60610 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 06201254 |
| TELEPHONE NUMBER | 312 222-0599 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☒   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐