**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mary P. Egan
                            Plaintiff,

v.                                                         Case No.: 1:08–cv–01956
                                                          Honorable Marvin E. Aspen

Department of the Treasury
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 7/24/2008, and continued to 8/28/2008 at 10:30 AM. The plaintiff is to notify the defendant of status date.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.