UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Mary P. Egan
                          Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:08–cv–01956
　　　　　　　　　　　　　　　　　　　　　Honorable Marvin E. Aspen

Department of the Treasury
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 8/28/08:Cause called for Status hearing on 8/28/08. No one appears. The case is dismissed for want of prosecution. Civil case terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.