UNITED STATES DISTRICT CIRCUIT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY EGAN, | ) | No. 08 C 1956 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Marvin Aspen |
| UNITED STATES TREASURY, | ) | |
| Defendant. | ) | |

### PLAINTIFF'S MOTION TO VACATE ORDER DISMISSING CAUSE FOR WANT OF PROSECUTION AND REINSTATING THE CAUSE

Plaintiff Mary Egan moves this Court to enter an Order vacating the Order of August 28, 2008 dismissing this cause for want of prosecution and reinstating this cause. To support this Motion, Plaintiff states as follows:

1. This cause was set for status on August 28, 2008 at 10:30 am. Plaintiff's attorney, Michael J. Greco, was detained in another courtroom on a different matter, and did not arrive until 10:50 am. In the absence of Plaintiff's attorney, an Order was entered dismissing this cause for want of prosecution.

2. Plaintiff has a meritorious cause of action and will be drastically prejudiced if the cause of action is not reinstated. Conversely, Defendant will suffer no discernible prejudice if the Motion is granted and the cause reinstated. This motion is not brought for the purpose of delay, causing expense to the Defendant or burdening the Court.

Wherefore, Plaintiff Mary Egan respectfully requests that this Court enter an Order vacating the Order of August 28, 2008 dismissing this cause for want of prosecution and reinstating this cause.

Respectfully submitted,

Mary Egan,

By: _____
Michael J. Greco
Attorney for Plaintiff Mary Egan


Michael J. Greco
Attorney for Plaintiff Mary Egan
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60610
312 222-0599
Atty. No.  06201254

UNITED STATES DISTRICT CIRCUIT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY EGAN,  Plaintiff, | ) ) ) ) | No. 08 C 1956 |
| v. UNITED STATES TREASURY,  Defendant. | ) ) ) ) | Honorable Judge Marvin Aspen |

### ORDER ON PLAINTIFF'S MOTION TO VACATE ORDER DISMISSING CAUSE FOR WANT OF PROSECUTION AND REINSTATE CAUSE

This matter coming before the Court on Motion of Plaintiff to Vacate Order Dismissing Cause for Want of Prosecution and Reinstate Cause, due notice having been given and the Court having considered the Motion and remarks of counsel,

IT IS ORDERED THAT:

The Motion of Motion of Plaintiff to Vacate Order Dismissing Cause for Want of Prosecution and Reinstate Cause is

_____ granted          _____ denied.

Dated:                              Enter:

_____
Honorable Marvin Aspen
Judge, United States District Court
Northern District of Illinois
Eastern Division