UNITED STATES DISTRICT CIRCUIT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY EGAN, | ) | No. 08 C 1956 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Marvin Aspen |
| UNITED STATES TREASURY, | ) | |
|     Defendant. | ) | |

### NOTICE OF MOTION

To:   Patrick Fitzgerald, United States Attorney, 219 S. Dearborn St., Suite 500, Chicago, Ill. 60604

On Tuesday, September 16, 2008 at 10:30 am we will appear before Honorable Judge Marvin Aspen in the Courtroom usually occupied by him, Courtroom 2568 of the United States Courthouse, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the following Motion, a copy of which is attached:

### PLAINTIFF'S MOTION TO VACATE ORDER DISMISSING CAUSE FOR WANT OF PROSECUTION AND REINSTATE CAUSE

#### Certificate of Service

The undersigned attorney certifies that he served a copy of the foregoing document by telefaxing and mailing the same to the party so designated above at her address shown from the United States Post Office, Grand and Dearborn Streets, Chicago, Illinois 60610   before 6:00 pm on   September 8, 2008.

                              Michael J. Greco
                              Attorney for Plaintiff MARY EGAN

Michael J. Greco
Attorney for Plaintiff
70 W. Hubbard Street, Suite 302
Chicago, Illinois 60610
312 222-0599
Atty. No. 06201254